IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

CARLTON JERMELL RICKS,                )
                                      )
                Plaintiff,            )
                                      )
        v.                            )        CV 325-028
                                      )
SHANEKA ODUM, Nurse Practitioner;     )
SUSAN OLIVER, Nurse Practitioner;     )
KOCHELL WATSON, Warden;               )
CHARABARA BRAGG, Deputy Warden of     )
Care Treatment; and UNKNOWN           )
COMPANY, Healthcare Provider,         )
                                      )
                Defendants.           )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _16th_ day of July, 2025, at Augusta, Georgia.

_____

UNITED STATES DISTRICT JUDGE